NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MIA ROKIKI PARKER,                       )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-3558
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public
Defender, and Clark E. Green,
Assistant Public Defender, Bartow, for
Appellant.


PER CURIAM.

            Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.